UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| BARRETT PAVING MATERIALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>  )<br>CONTINENTAL INSURANCE COMPANY, )<br>*et al.*, )<br>)<br>Defendants. ) | Civil No. 04-61-B-S |

**ORDER VACATING**
**RECOMMENDED DECISION**

The Recommended Decision I issued on November 1, 2005, is hereby

**VACATED** due to my erroneous oversight of the responsive statement of material facts filed at Docket No. 63.  A revised recommended decision will issue shortly.

*So Ordered.*

Dated November 2, 2005.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge